

**08 CV 4490**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
DEIULEMAR COMPAGNIA DI NAVIGAZIONE
SPA,

                  Plaintiff,         08 CV

-v-

**STATEMENT PURSUANT
TO F.R.C.P. 7.1**

BELARUSIAN SHIPPING COMPANY,

                  Defendant.
------------------------------------------------------x

MAY 14 2008
U.S.D.C. S.D.N.Y.
CASHIERS

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiff, DEIULEMAR COMPAGNIA DI NAVIGAZIONE SPA, certifies that there are no corporate parents, subsidiaries, or affiliates of that party, which are publicly held.

Dated: Port Washington, New York
       May 14, 2008

                                      CHALOS, O'CONNOR & DUFFY, L.L.P.
                                      Attorneys for Plaintiff
                                      DEIULEMAR COMPAGNIA DI
                                      NAVIGAZIONE SPA

            By:      _____
                          George M. Chalos (GC-8693)
                          366 Main Street
                          Port Washington, New York 11050
                          Tel: (516) 767-3600
                          Fax: (516) 767-3605
                          Email: gmc@codus-law.com