UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
DEIULEMAR COMPAGNIA DI NAVIGAZIONE SpA

                               Plaintiff,        08 CV 4490 (DLC)

-v-


BELARUSIAN SHIPPING COMPANY,

                               Defendant.
-------------------------------------------------------------------x

## NOTICE OF CHANGE OF FIRM AFFILIATION & ADDRESS

     **PLEASE TAKE NOTICE** that counsel for Plaintiff, DEIULEMAR COMPAGNIA DI NAVIGAZIONE SpA, formerly a Member of the firm, Chalos, O'Connor & Duffy, LLP, has changed his firm affiliation and address, and provides the Court and all counsel of record with the following updated contact details:

                Chalos & Co, P.C.
                123 South Street
                Oyster Bay, NY 11771
                Tel:  + 1 516 714 4300
                Fax: +1 866 702 4577
                Email: gmc@chaloslaw.com


    The new email address for the undersigned is gmc@chaloslaw.com.


Dated: Oyster Bay, New York       Respectfully submitted,
       June 21, 2008

                                      s/George M. Chalos
                                      CHALOS & CO, P.C.
                                      123 South Street
                                      Oyster Bay, NY 11771
                                      Ph:     516-714 4300
                                      Fax:    866-702-4577
                                      Email: gmc@chaloslaw.com